UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO.: 14-80462-CIV-SCOLA

SL MONROE SR., and all others
similarly situated under 29 U.S.C. §216 (B)

      Plaintiff,

Vs.

ANGEL'S RECOVERY, LLC,

      Defendant.
_____/

## STATEMENT OF CLAIM

Period Claimed:  31 Weeks 7/1/13-2/4/13
Halftime rate owed:  $6.00
Overtime hours per week: 13
Damages including liquidated damages:  $2,418.00 X 2 = $4,836.00

Respectfully submitted,

                                          David Markel, Esq.
                                          The Markel Law Firm
                                          Attorney for Plaintiff
                                          3191 Grand Avenue #1513
                                          Miami, Florida 33133
                                          Tel: (305) 458-1282
                                          Fax: 1-(800) 407-1718
                                          Email: David.Markel@markel-law.com

                                          By:__/s/ David Markel_____
                                              David Markel, Esq.
                                              Florida Bar Number: 78306

## CERTIFICATE OF SERVICE:

      I hereby certify that a true and correct copy of the foregoing was filed and served via

CM/ECF on this 23rd day of April, 2014:

Defendant has not yet appeared.

By:/s/David Markel
David Markel, Esq.
Florida Bar No. 78306